AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Roger Handberg, US Attorney__
was received by me on *(date)* __9/6/2022__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* __Certified mail__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __9/13/2022__

_[signature]_
Server's signature

__Harrison Chen__
Printed name and title

__1600 Wilson Blvd, Suite 700 Arlington, VA 22__
Server's address

Additional information regarding attempted service, etc:

CS CamScanner

Track Another Package +

**Tracking Number:** 70200090000187215620  Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 11:34 am on September 12, 2022 in FORT MYERS, FL 33901.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Front Desk/Reception/Mail Room

September 12, 2022 at 11:34 am  
FORT MYERS, FL 33901

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

September 12, 2022, 11:34 am  
Delivered, Front Desk/Reception/Mail Room  
FORT MYERS, FL 33901  
Your item was delivered to the front desk, reception area, or mail room at 11:34 am on September 12, 2022 in FORT MYERS, FL 33901.

September 10, 2022, 9:05 am  
No Access to Delivery Location  
FORT MYERS, FL 33901

Feedback

**September 10, 2022, 7:08 am**
Out for Delivery
FORT MYERS, FL 33901

**September 10, 2022, 6:57 am**
Arrived at Post Office
FORT MYERS, FL 33901

**September 10, 2022, 6:06 am**
Arrived at USPS Facility
FORT MYERS, FL 33901

**September 10, 2022, 5:25 am**
Departed USPS Regional Facility
FORT MYERS FL DISTRIBUTION CENTER

**September 9, 2022, 10:29 pm**
Arrived at USPS Regional Facility
FORT MYERS FL DISTRIBUTION CENTER

**September 9, 2022, 7:52 pm**
Departed USPS Regional Facility
YBOR CITY FL DISTRIBUTION CENTER

**September 9, 2022, 2:26 pm**
Arrived at USPS Regional Destination Facility
YBOR CITY FL DISTRIBUTION CENTER

**September 8, 2022**
In Transit to Next Facility

**September 7, 2022, 9:55 pm**
Departed USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

**September 7, 2022, 8:58 pm**
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

Feedback

**September 7, 2022, 5:03 pm**
Departed Post Office
ARLINGTON, VA 22209

**September 7, 2022, 9:49 am**
USPS in possession of item
ARLINGTON, VA 22209

USPS Tracking Plus®  ⌄

Product Information  ⌄

**See Less** ⌃

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Merrick Garland, Attorney General__
was received by me on *(date)* __9/6/2022__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Certified mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __9/13/2022__

*Server's signature*

Harrison Cha
*Printed name and title*

1600 Wilson Blvd, Suite 700, Arlington, VA 22209
*Server's address*

Additional information regarding attempted service, etc:

**Track Another Package +**

**Tracking Number:** 70200090000187215644

Remove ✕

Your item was picked up at a postal facility at 5:00 am on September 12, 2022 in WASHINGTON, DC 20530.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

September 12, 2022 at 5:00 am
WASHINGTON, DC 20530

Get Updates ⌄

Feedback

---

Text & Email Updates ⌄

---

Tracking History ⌃

September 12, 2022, 5:00 am
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
Your item was picked up at a postal facility at 5:00 am on September 12, 2022 in WASHINGTON, DC 20530.

September 10, 2022, 11:00 am
Available for Pickup
WASHINGTON, DC 20530

September 10, 2022, 10:53 am
Available for Pickup
WASHINGTON, DC 20530

September 10, 2022, 6:48 am
Arrived at Post Office
WASHINGTON, DC 20018

September 9, 2022, 4:19 am
Departed USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER ANNEX

September 9, 2022, 3:24 am
Arrived at USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER ANNEX

September 8, 2022, 7:39 am
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

September 8, 2022, 6:37 am
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

September 8, 2022, 3:48 am
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

September 8, 2022, 2:52 am
Departed USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

September 7, 2022, 8:52 pm
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

September 7, 2022, 5:03 pm
Departed Post Office
ARLINGTON, VA 22209

Feedback

September 7, 2022, 9:52 am
USPS in possession of item
ARLINGTON, VA 22209

| USPS Tracking Plus® | ∨ |
|---|---|

| Product Information | ∨ |
|---|---|

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Centers for Medicare and Medicaid Services
was received by me on *(date)* 9/6/2022 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Certified mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/13/2022

*Server's signature*

Harrison Chen
*Printed name and title*

1600 Wilson Blvd, Suite 700, Arlington, VA 22209
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70200090000187215651

Remove X

Your item was delivered to an individual at the address at 11:27 am on September 8, 2022 in WINDSOR MILL, MD 21244.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Left with Individual

September 8, 2022 at 11:27 am
WINDSOR MILL, MD 21244

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

September 8, 2022, 11:27 am
Delivered, Left with Individual
WINDSOR MILL, MD 21244
Your item was delivered to an individual at the address at 11:27 am on September 8, 2022 in WINDSOR MILL, MD 21244.

September 8, 2022, 10:33 am
Arrived at Post Office
WINDSOR MILL, MD 21244

Feedback

September 8, 2022, 9:53 am
Available for Pickup
WINDSOR MILL, MD 21244

September 8, 2022, 8:53 am
Arrived at USPS Facility
WINDSOR MILL, MD 21244

September 8, 2022, 7:25 am
Departed USPS Regional Facility
BALTIMORE MD DISTRIBUTION CENTER

September 8, 2022, 3:50 am
Arrived at USPS Regional Facility
BALTIMORE MD DISTRIBUTION CENTER

September 8, 2022, 2:23 am
Departed USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

Feedback

September 7, 2022, 8:54 pm
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

September 7, 2022, 5:03 pm
Departed Post Office
ARLINGTON, VA 22209

September 7, 2022, 9:51 am
USPS in possession of item
ARLINGTON, VA 22209

## USPS Tracking Plus®

## Product Information

**See Less** ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback





