AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Centers for Medicare and Medicaid Services
was received by me on *(date)* 9/6/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/13/2022

*Server's signature*

Harrison Chen
*Printed name and title*

1600 Wilson Blvd, Suite 700, Arlington, VA 22209
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70200090000187215651

Remove ✕

Your item was delivered to an individual at the address at 11:27 am on September 8, 2022 in WINDSOR MILL, MD 21244.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Left with Individual

September 8, 2022 at 11:27 am
WINDSOR MILL, MD 21244

Feedback

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

September 8, 2022, 11:27 am
Delivered, Left with Individual
WINDSOR MILL, MD 21244
Your item was delivered to an individual at the address at 11:27 am on September 8, 2022 in WINDSOR MILL, MD 21244.

September 8, 2022, 10:33 am
Arrived at Post Office
WINDSOR MILL, MD 21244

September 8, 2022, 9:53 am
Available for Pickup
WINDSOR MILL, MD 21244

September 8, 2022, 8:53 am
Arrived at USPS Facility
WINDSOR MILL, MD 21244

September 8, 2022, 7:25 am
Departed USPS Regional Facility
BALTIMORE MD DISTRIBUTION CENTER

September 8, 2022, 3:50 am
Arrived at USPS Regional Facility
BALTIMORE MD DISTRIBUTION CENTER

September 8, 2022, 2:23 am
Departed USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

September 7, 2022, 8:54 pm
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

September 7, 2022, 5:03 pm
Departed Post Office
ARLINGTON, VA 22209

September 7, 2022, 9:51 am
USPS in possession of item
ARLINGTON, VA 22209

Feedback 

USPS Tracking Plus®

Product Information

**See Less** ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

